**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1 LLC; MONTEREY SQUARE AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION,

Defendants.

Case No. 2:15-cv-01042-APG-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed June 4, 2015. Defendant Monterey Square at Mountain's Edge Homeowners Association filed a Motion to Dismiss (#7) on July 14, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 14, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 2nd day of September, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge