# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) Case No. 2:15-cv-01042-APG-GWF |
| vs. | ) **ORDER** |
| SFR INVESTMENTS POOL 1 LLC; MONTEREY SQUARE AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a stipulated Discovery Plan and Scheduling Order. On September 3, 2015, the Court ordered that the parties file the stipulated Discovery Plan and Scheduling Order on or before September 14, 2015 (Order #15). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **October 13, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 1st day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge