**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>              Defendants. | Case No. 2:15-cv-1042-APG-PAL<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE EXCESS PAGES AND STRIKING OVERSIZED BRIEF**<br><br>(ECF Nos. 68, 70) |

      Defendant Alessi & Koenig, LLC moves for leave to exceed the page limit imposed by Local Rule 7-3(b) in order to file a 49-page brief in support of its declaration of non-monetary status. Alessi & Koenig has not shown good cause to exceed the page limit, and certainly not by more than double the page limit. LR 7-3(c). The filing of a declaration of non-monetary status does not require extensive briefing, and the memorandum is replete with unnecessary history, commentary, and argument.

      IT IS THEREFORE ORDERED that defendant Alessi & Koenig, LLC's motion for leave to file excess pages **(Dkt. #68) is DENIED**.

      IT IS FURTHER ORDERED that defendant Alessi & Koenig, LLC's motion for order granting non-monetary status **(ECF No. 70) is STRICKEN**.

      DATED this 3rd day of August, 2016.

                                                    _____
                                                    ANDREW P. GORDON
                                                    UNITED STATES DISTRICT JUDGE