DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  brett.coombs@akerman.com

*Attorneys for Plaintiff/Counter-Defendant*
*Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTEREY SQUARE AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　Defendants. | Case No.: 2:15-cv-01042-APG-GWF<br><br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association; DONNA CURTIS, an individual,<br><br>　　Counter-Defendant/Cross-Defendants. | |
| MONTEREY SQUARE AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION,<br><br>　　Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC.<br><br>　　Third-Party Defendant. | |

{39502288;1}

Plaintiff/counter-defendant Bank of America, N.A. (**BANA**) , by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP.  **BANA** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests that Darren T. Brenner, Esq. and Brett Coombs, Esq. receive all future notices.

DATED this 13th day of September, 2016.

**AKERMAN LLP**

/s/ Brett Coombs
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Dated this __14th__ day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39502288;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 13th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** in the following manner:

(**Electronic Service**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
**KIM GILBERT EBRON**
7625 Dean Martin Drive, Suite 110
Henderson, NV 89139
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for Defendant/Counter-Claimant, SFR Investments Pool 1, LLC*

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
Chad D. Fuss, Esq.
**PENGILLY LAW FIRM**
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134-0562
jpengilly@pengillylawfirm.com
elowell@pengillylawfirm.com
*Attorneys for Defendant/Third-Party Plaintiff, Monterey Square at Mountain's Edge Homeowners Association*

Steven T. Loizzi, Jr., Esq.
**ALESSI & KOENIG, LLC**
9500 West Flamingo Road, Suite 205
Las Vegas, NV  89147
steve@alessikoenig.com
*Attorney for Defendant/Third Party Defendant Alessi & Koenig, LLC*

                                        */s/ Carla Llarena*
                                        An employee of AKERMAN LLP

{39502288;1}